McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0227-TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING DISCOVERY |
| v. | |
| BRIAN EARL TURNER, | |
| Defendant. | |

## I.   INTRODUCTION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill M. Thomas, Assistant United States Attorney, attorney for Plaintiff, and Mia Crager, attorney for Brian Earl Turner, that the Court should approve the proposed protective order governing discovery. The proposed protective order relates to the protection of personal identifying information (PII) contained within audio/video files captured by the Vallejo Police Department's mobile video audio recording system ("body cam footage" and "dash cam footage"). Likewise, the proposed protective order relates to the protection of PII contained within audio dispatch systems, including 911 calls.

## II.   PROTECTED IDENTIFYING INFORMATION

1. Portions of the discovery in this case are expected to contain personal information of the defendant, associates of the defendant, and other non-involved parties who were present after the attempted traffic stop near the smoke shop, during the search for the defendant, or whose property was

1

entered during the search for the defendant.

2. In the absence of a protective order, redactions would be necessary to avoid the unauthorized disclosure or dissemination of PII to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing PII.  Discovery that does not contain PII is not subject to the Protective Order.

5. Defense Counsel, defense counsel staff, retained experts, and investigators: Discovery containing PII may be shared and viewed by members of the defense team listed above as necessary for the preparation of the defense in this case.  Discovery containing PII shall not be disseminated to any other person except by further order of the Court, unless the PII is redacted.  The terms "staff" and "investigator" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.

6. Defendant:  The defendant may review items containing unredacted PII in the presence of defense counsel, defense counsel staff, retained experts, and investigator, which includes reviewing items telephonically, through videoteleconferencing, or through other digital mediums/platforms.  Those persons who have access to unredacted PII shall not give a copy of the unredacted PII to the defendant without further order of the Court.

7. Others:  The defendant, defense counsel, defense counsel's staff, and investigator shall not: (a) give discovery that contains PII (or copies of such materials) to any person or (b) otherwise transmit PII to any person.

8. Court Filings: Parties will redact PII from any Court filings and refrain from otherwise placing PII in the public record.  If necessary to file PIIin Court filings, parties will either redact PII from public filings or seek leave of the Court to file materials containing that information under seal, if redaction would frustrate the purposes of making the filing.

///

///

///

9. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, or investigator a reasonable opportunity to prepare.

Respectfully submitted,

Dated: February 16, 2021  /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

Dated: February 16, 2021  /s/ Mia Crager
MIA CRAGER
Attorney for Brian Earl Turner

**<u>ORDER</u>**

1. It is ordered that the parties comply with the protective measures outlined in Section II of their stipulation regarding PII.

2. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: February 16, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3