HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00227-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) ) | |
| BRIAN TURNER, | ) ) | Date: March 25, 2021 Time: 9:30 am |
| Defendant. | ) ) ) | Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jill Thomas, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Brian Turner, that the status conference, currently scheduled for March 25, 2021, be continued to June 17, 2021 at 9:30 a.m.

　　　Defense counsel requests additional time to investigate the facts, review discovery with her client, and discuss possible resolutions. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 17, 2021; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: March 16, 2021  HEATHER E. WILLIAMS
Federal Defender

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorney for BRIAN TURNER

Dated: March 16, 2021  PHILLIP A. TALBERT
Acting United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 17, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 25, 2021 status conference shall be continued until June 17, 2021, at 9:30 a.m.

Dated:  March 16, 2021

Troy L. Nunley
United States District Judge

Stipulation and Order to Continue Status
Conference and Exclude Time