```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
BRIAN TURNER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-227-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | |
| BRIAN TURNER, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that Condition #13 be amended to permit Mr. Turner to spend the day with his son on his son's birthday, April 10. 2021.

Mr. Turner was released on January 27, 2021 on conditions following his initial appearance in the Central District of California. *See* Dkt. 4. He made his initial appearance in this district out of custody on February 12, 2021. *See* Dkt. 5, 6. Mr. Turner has been compliant with conditions. With the agreement of Pretrial Services, the parties hereby stipulate that Special Condition #13 (Dkt. #6) be modified temporarily to allow Mr. Turner to attend his son's birthday and to spend the day with his son:

> You must remain inside your residence at all times except for employment; education; religious services; medical, substance

Stipulation and [Proposed] Order to    -1-
Amend Conditions of Release

abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. **On April 10, 2021, you may be outside your residence between the hours of 8am and 8pm in order to be with your son.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 5, 2021

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER

Date: April 5, 2021

PHILLIP TALBERT
Acting United States Attorney

*/s/ Jill Thomas*
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE