1 | HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2 | MIA CRAGER, SBN 300172
Assistant Federal Defenders
3 | Designated Counsel for Service
801 I Street, Third Floor
4 | Sacramento, CA 95814
T: (916) 498-5700
5
Attorneys for Defendant
6 | BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-227-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO AMEND** |
| | ) **CONDITIONS OF RELEASE** |
| v. | ) |
| | ) Judge: Hon. Deborah Barnes |
| BRIAN TURNER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that Condition #13 be amended to change from a home confinement condition to a curfew condition.

Mr. Turner was released on January 27, 2021 following his initial appearance in the Central District of California. *See* Dkt. 4. He made his initial appearance in this district out of custody on February 12, 2021. *See* Dkt. 5, 6. Since that time he has been supervised by the Pretrial Services Office in the Eastern District of California.

Mr. Turner is requesting to modify the conditions at this time to allow him to take on more child care and work responsibilities. In terms of child care, his home confinement condition does not allow him to fulfill certain daily child care responsibilities, such as picking up

Stipulation and [Proposed] Order to      -1-
Amend Conditions of Release

and dropping of his son at daycare. As to employment, Mr. Turner has found employment doing temp jobs, but often the jobs require a workers on a short timeline without very much notice, such that Mr. Turner does not have time to get permission from his Pretrial Services Officer. He is therefore leaving many employment opportunities on the table which he would otherwise be able to take advantage of. Under the curfew condition, as opposed to home confinement, he will be able to participate in more employment opportunities. Pretrial Services reports that Mr. Turner is in compliance with conditions and the Pretrial Officer does not object to changing Condition #13 to a curfew.

Therefore, with the agreement of Pretrial Services, the parties hereby stipulate that Special Condition #13 (Dkt. #6) be replaced with the following language:

> ***CURFEW: You must remain inside your residence every day from 7:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***

The full set of conditions, including the modified language, is attached to this stipulation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2021     */s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER


Date: May 11, 2021     PHILLIP TALBERT
Acting United States Attorney

*/s/ Jill Thomas*
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 11, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE