1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MIA CRAGER, SBN 300172
   Assistant Federal Defenders
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5
   Attorneys for Defendant
6  BRIAN TURNER

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          ) Case No. 2:20-CR-227-TLN
                                      )
11                Plaintiff,          ) **STIPULATION AND ORDER TO AMEND**
                                      ) **CONDITIONS OF RELEASE**
12        v.                          )
                                      ) Judge: Hon. Carolyn K. Delaney
13 BRIAN TURNER,                      )
                                      )
14                Defendant.          )
15                                    )

16        IT IS HEREBY STIPULATED and agreed by and between Acting United States

17 Attorney Phillip Talbert, through Assistant United States Attorney Jill Thomas, counsel for

18 Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia

19 Crager, counsel for Mr. Turner, that Condition #13 be amended temporarily to allow Mr. Turner

20 to attend a birthday celebration for his wife on July 16, 2021.

21        Mr. Turner was released on January 27, 2021 following his initial appearance in the

22 Central District of California. *See* Dkt. 4. He made his initial appearance in this district out of

23 custody on February 12, 2021. *See* Dkt. 5, 6. Since that time he has been supervised by the

24 Pretrial Services Office in the Eastern District of California. On May 12, 2021, the Court signed

25 a stipulation and order changing his home detention condition (#13) to a curfew condition

26 because of Mr. Turner's demonstrated compliance will all conditions. Dkt. 15. The curfew

27 condition permits Mr. Turner to be outside his residence until 7:00pm. *See* Dkt. 14-1.

28

Stipulation and [Proposed] Order to          -1-
Amend Conditions of Release

Mr. Turner now requests that Condition #13 be temporarily amended to allow him to extend his curfew on July 16, 2021 to 9:00pm. Mr. Turner's wife's birthday is on July 16, and Mr. Turner would like to attend the celebration. All other conditions will remain in place.

Pretrial Services does not object to the temporary modification to Condition #13.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 14, 2021
/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER

Date: July 14, 2021
PHILLIP TALBERT
Acting United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.


Dated: July 14, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE