HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN TURNER,<br><br>Defendant. | Case No.  2:20-CR-227-TLN<br><br>**STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE**<br><br>Judge: Hon. Carolyn K. Delaney |

   IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that Mr. Turner's conditions be modified to vacate conditions #12 and #13.  The updated conditions are attached.

   Mr. Turner was released on January 27, 2021 following his initial appearance in the Central District of California.  *See* Dkt. 4.  He made his initial appearance in this district out of custody on February 12, 2021.  *See* Dkt. 5, 6.  Since that time he has been supervised by the Pretrial Services Office in the Eastern District of California.  On May 12, 2021, the Court signed a stipulation and order changing his home detention condition (#13) to a curfew condition because of Mr. Turner's demonstrated compliance will all conditions.  Dkt. 15.  The curfew condition permits Mr. Turner to be outside his residence until 7:00pm.  *See* Dkt. 14-1.

Stipulation and [Proposed] Order to
Amend Conditions of Release

-1-

Mr. Turner works for a company that posts moving jobs on a daily basis the same day that the job is occurring. Mr. Turner often turns down potential jobs because he is worried the job will not be complete before 7:00pm and there is not enough time to get approval from his Pretrial Services Officer. In addition, Mr. Turner's son has started school and Mr. Turner would like to contribute to his family responsibilities by picking up his son from football practice, but that does not allow him to be back home by 7:00pm. His current conditions would require a court order each time he needs to pick up his son.

Therefore, Mr. Turner now requests, with the concurrence of the Pretrial Officer, to vacate Condition #13 to remove Mr. Turner from curfew. Once the curfew condition is vacated, there is no longer a need for the monitoring condition (Condition #12), and therefore Mr. Turner requests, with the concurrence of the Pretrial Officer, that Condition #12 also be vacated.

All other conditions will remain in place. The complete set of conditions are attached.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 26, 2021

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER

Date: August 26, 2021

PHILLIP TALBERT
Acting United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  August 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE