HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN TURNER, <br><br> Defendant. | Case No.  2:20-CR-227-TLN <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Date: September 16, 2021 <br> Time: 9:30 a.m. <br> Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that the status conference currently set for September 16, 2021 to December 2, 2021 at 9:30 a.m. and to exclude time between September 16, 2021, and December 2, 2021, under local code T4.

Defense counsel is reviewing discovery with Mr. Turner, which contains multiple hours of video including videos subject to a protective order, which slows down defense counsel's ability to review it with Mr. Turner.  Defense counsel is also reviewing the guidelines with Mr. Turner and discussing possible resolutions.  Defense counsel is scheduled to begin a long trial in another matter on September 20, 2021.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2021, to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 9, 2021

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER


Date: September 9, 2021

PHILLIP TALBERT
Acting United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 9, 2021

Troy L. Nunley
United States District Judge