PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>BRIAN EARL TURNER,<br><br>                              Defendant. | CASE NO. 2:20-CR-00227-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 2, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on December 2, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until February 17, 2022 at 9:30 a.m., and to exclude time between December 2, 2021, and February 17, 2022 at 9:30 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes video recordings, investigative reports and related documents, criminal history documents, and other paper documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      In light of this discovery, and based on counsel's own investigation concerning

the defendant's circumstances, counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to those charges, to obtain additional records related to this matter, to review and copy discovery for this matter, to inspect physical evidence seized and/or otherwise available concerning this matter, to discuss potential resolutions with her client, to consider and/or prepare pretrial motions, and to otherwise prepare for trial.

c)     Moreover, in addition to the general public-health concerns presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel have been encouraged to telework and minimize personal contact to the greatest extent possible, and—consistent with that public-health guidance—it will be difficult for defense counsel to fully investigate the facts of this case in advance of the currently scheduled hearing.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2021 to February 17, 2022 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

/ / /

1  / / /

2  must commence.

3      IT IS SO STIPULATED.

4

5  Dated:  November 22, 2021                    PHILLIP A. TALBERT
                                                Acting United States Attorney
6

7                                               /s/ ALSTYN BENNETT
                                                ALSTYN BENNETT
8                                               Assistant United States Attorney

9

10 Dated:  November 22, 2021                    /s/ MIA CRAGER
                                                MIA CRAGER
11                                              Counsel for Defendant
                                                BRIAN EARL TURNER
12

13

14                          **FINDINGS AND ORDER**

15      IT IS SO FOUND AND ORDERED.

16

17 Dated: 11/23/2021

18                                              Troy L. Nunley
                                                United States District Judge
19

20

21

22

23

24

25

26

27

28