HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>BRIAN TURNER,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No.  2:20-CR-227-TLN<br><br>**STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE**<br><br>Date: February 17, 2022<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

　　　　IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that the status conference currently set for February 17, 2022 be continued to April 28, 2022 at 9:30 a.m. and to exclude time between February 17, 2022, and April 28, 2022, under local code T4.

　　　　Defense counsel is reviewing discovery with Mr. Turner, which contains multiple hours of video including videos subject to a protective order, which slows down defense counsel's ability to review it with Mr. Turner.  Defense counsel is also reviewing the guidelines with Mr. Turner and discussing possible resolutions.

　　　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

Stipulation and Order to Amend Continue　　　-1-
Status Conference

prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 17, 2022, to April 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
Federal Defender

Date: February 15, 2022                /s/ Mia Crager
                              MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER

Date: February 15, 2022                PHILLIP TALBERT
United States Attorney

                              /s/ Alstyn Bennett
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: February 15, 2022

_____
Troy L. Nunley
United States District Judge