HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-227-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| BRIAN TURNER, | Date: July 14, 2022 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that the status conference currently set for July 14, 2022 be continued to October 6, 2022 at 9:30 a.m. and to exclude time between July 14, 2022, and October 6, 2022, under local code T4.

Mr. Turner is currently in state custody and defense counsel needs time to consult with Mr. Turner and determine what kind of resolution may be appropriate.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 14,

2022, to October 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2022

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
BRIAN TURNER

Date: July 12, 2022

PHILLIP TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order to Amend Continue Status Conference

-2-

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 12, 2022

Troy L. Nunley
United States District Judge