HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
BRIAN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN TURNER,<br><br>Defendant. | Case No. 2:20-CR-227-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: October 6, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Turner, that the status conference currently set for October 6, 2022 be continued to December 13, 2022 at 9:30 a.m. and to exclude time between October 6, 2022 and December 13, 2022, under local codes T4 and M due to the unavailability of Mr. Turner.

Mr. Turner is currently in state custody and defense counsel needs time to consult with Mr. Turner and determine what kind of resolution may be appropriate.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 6,

2022 to December 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: October 4, 2022                */s/ Mia Crager*
                                    MIA CRAGER
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    BRIAN TURNER

Date: October 4, 2022                PHILLIP TALBERT
                                    United States Attorney

                                    */s/ Alstyn Bennett*
                                    ALSTYN BENNETT
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**O R D E R**

Pursuant to the parties' stipulation and good cause appearing, the status conference currently set for October 6, 2022 is vacated. Because defendant Turner remains in state custody and has not appeared in this federal court on the pretrial release violation petition filed February 15, 2022 in this case and remains unavailable, no future status conference will be scheduled at this time. Time is excluded from this date until defendant Turner appears in this court on the pretrial release violation petition under local codes T4 and M due to the unavailability of Mr. Turner. Upon coming back into federal custody pursuant to this court's warrant, defendant will appear on the magistrate judge duty calendar at which time a status conference before the undersigned can be scheduled.

IT IS SO ORDERED.

Dated:   **October 6, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE