HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
Mr. Turner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN EARL TURNER, <br><br> Defendant. | Case No.  2:20-cr-00227-DAD <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE <br><br> Date:  February 28, 2023 <br> Time:  9:30 a.m. <br> Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney James Brooks, counsel for plaintiff, and Assistant Federal Defender Hootan Baigmohammadi, counsel for defendant Brian Earl Turner, that the sentencing hearing scheduled for February 28, 2023, at 9:30 a.m. be continued to **April 11, 2023 at 9:30 a.m.**

United States Probation needs more time to complete the presentence investigation report.  Neither Mr. Turner nor the government object to continuing the matter.

It is therefore requested that the matter be continued to April 11, 2023, for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | April 11, 2023 |
| Reply, or Statement of Non-Opposition: | April 04, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 21, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 14, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 7, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | February 21, 2023 |

Dated: January 9, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Hootan Baigmohammadi*
　　　　　　　　　　　　　　　　　　　　HOOTAN BAIGMOHAMMADI
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Turner


　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated:  January 9, 2023　　　　　　　　　*/s/ Alstyn Bennett*
　　　　　　　　　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties, the sentencing hearing is continued to April 11, at 9:30 a.m. and that the presentence schedule is modified as set forth above.

IT IS SO ORDERED.

Dated:  **January 9, 2023**

UNITED STATES DISTRICT JUDGE