UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 15, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0227 DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |
| BRIAN EARL TURNER | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to temporarily release <u>BRIAN EARL TURNER</u> Case No. <u>2:20-cr-0227 DAD</u> Charges <u>18 USC §922(g)(1)</u> from custody for the following reasons:

    _____  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

        _____  Unsecured Appearance Bond $ _____

        _____  Appearance Bond with 10% Deposit

        _____  Appearance Bond with Surety

        _____  Corporate Surety Bail Bond

**X**  (**Other**):<u>Brian Earl Turner is to be released from the Sacramento Co. Jail to the custody of Evelyne Yuvette Bonton Kelly on 2/18/2023 at 8:00 AM and is to return to the Sacramento Co. Jail no later than 12:00 PM on 2/18/2023 .</u>

Issued at Sacramento, California on February 15, 2023 at 3:00 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney